# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Stacy A. Livingston and Robin L. Livingston, | : | Case No. 16-70736-JAD |
| Debtor | : | Chapter 13 |
| | : | Related to Doc. No. 35 |
| Stacy A. Livingston, SS. No. (xxx-xx-6511) | : | Doc. # 36 |
| Movant | : | |
| v. | : | |
| Indiana Regional Medical Center, | : | |
| Respondent | : | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named debtors have filed a Chapter 13 petition and the debtor has moved to attach wages to fund the Chapter 13 plan

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

> INDIANA REGIONAL MEDICAL CENTER
> ATTN: PAYROLL MANAGER
> 1265 WAYNE AVENUE
> INDIANA, PA 15705

shall deduct from said income the sum of $735.00 Bi-Weekly, for a monthly total of $1,592.00, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS

> RONDA J. WINNECOUR
> CHAPTER 13 TRUSTEE, W.D. PA

PO Box 84051
Chicago, IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __21st__ day of __February  2017,/2016__

_____jsf_____
U. S. BANKRUPTCY JUDGE
Western District of Pennsylvania

FILED
2/21/17 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 16-70736-JAD
Stacy A. Livingston                                                      Chapter 13
Robin L. Livingston
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: lfin        Page 1 of 1        Date Rcvd: Feb 21, 2017
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
db/jdb          +Stacy A. Livingston,   Robin L. Livingston,   1344 Hill Drive,   Blairsville, PA 15717-6627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR
         THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH
         CERTIFICATES bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Joint Debtor Robin L. Livingston ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Paul W. McElrath, Jr.    on behalf of Debtor Stacy A. Livingston ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Thomas I. Puleo    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE
         HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH
         CERTIFICATES tpuleo@goldbecklaw.com,  BKGroup@goldbecklaw.com
                                                                                                                                TOTAL: 6