## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Stacy A. Livingston and | : | Case No. 16-70736-JAD |
| Robin L. Livingston, | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Doc. No. 37 |
| Stacy A. Livingston, | : | |
| SS. No. (xxx-xx-6511) | : | |
| Movant | : | |
| | : | |
| | : | WO-1 |
| | : | |
| v. | : | |
| Indiana Regional Medical Center, | : | |
| | : | |
| Respondent | : | |

### CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
### ALONG WITH THE NOTICE OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Shaina Little, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 27, 2017, I served a copy of the above-captioned pleading and within **Wage Attachment Order** dated February 21, 2017 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: by United States mail, first class or electronic mail where indicated.

Executed on:  February 27, 2017                     /s/ Shaina Little
                                                     Shaina Little, Paralegal
                                                     McElrath Legal Holdings, LLC
                                                     1641 Saw Mill Run Boulevard
                                                     Pittsburgh, PA 15210
                                                     slittle@mcelrathlaw.com
                                                     Tel: 412.765.3606
                                                     Fax: 412.765.1917

Service by Electronic Notification:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Stacy A. Livingston
Robin L. Livingston
1344 Hill Drive
Blairsville, PA 15717

Indiana Regional Medical Center
Attention: Payroll Administrator
1265 Wayne Avenue
Indiana, PA 15705