**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stacy A. Livingston** | Social Security number or ITIN | xxx–xx–6511 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Robin L. Livingston** | Social Security number or ITIN | xxx–xx–5180 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **10/26/16** |
| Case number: | **16–70736–JAD** | Date case converted to chapter **7** | **4/12/18** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Stacy A. Livingston | Robin L. Livingston |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1344 Hill Drive<br>Blairsville, PA 15717 | 1344 Hill Drive<br>Blairsville, PA 15717 |
| 4. | **Debtor's attorney**<br>Name and address | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Contact phone 412–765–3606<br><br>Email:  ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lisa M. Swope<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931 | Contact phone 814–472–7151<br><br>Email:  lms@nsslawfirm.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**            page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/12/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 16, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**2nd Floor Conference Room, 110 Franklin Street, Johnstown, PA 15905** |
| **8.           Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/16/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/21/18**<br><br>**Filing deadline: 4/24/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Stacy A. Livingston
Robin L. Livingston
    Debtors

Case No. 16-70736-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 2     Date Rcvd: Apr 12, 2018
                  Form ID: 309B     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.

```
db/jdb         +Stacy A. Livingston,    Robin L. Livingston,    1344 Hill Drive,    Blairsville, PA 15717-6627
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Thomas I. Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
cr             +BANK OF AMERICA, N.A.,    4200 AMON CARTER BLVD,    FORT WORTH, TX 76155-2604
14311369       +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14311370       +Bank of America,    PO Box 660933,    Dallas, TX 75266-0933
14311372       +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
14357605        DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,    Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
14311375       +Deutsche Bank National Trust Company,    Trustee For Bank Of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
14311376       +Ford Motor Credit Company, LLC,    1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5601
14311377       +HSBC Consumer Lending (USA) Inc.,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roawell, GA 30076-2102
14311378       +I C Federal Credit Union,    31 South 10th Street,    Indiana, PA 15701-2658
14311379       +John Palmer,    141 Palmer Road,    Blairsville, PA 15717-6631
14311380       +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14311382       +Matthew K. Fissel, Esquire,    KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence Cen,
                 701 Market Street,    Philadelphia, PA 19106-1538
14327394       +NCB Management Services, Inc.,    One Allied Drive,    Trevose, PA 19053-6945
14311383       +NCB Managemetn Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
14311385       +Peoples TWP,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14327397       +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
14311386        S. James Wallace,    Griffith McCague & Fernsler PC,    Suite 3626 Gulf Tower, 707 Grant Street,
                 Pittsburgh, PA 15219
14311384       +penelec,    2800 Pottsville Pike,    Reading, PA 19605-2459
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: ecf@mcelrathlaw.com Apr 13 2018 01:26:10      Paul W. McElrath, Jr.,
                 McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA  15210
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2018 01:26:30      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 13 2018 01:26:38
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14401655        EDI: AIS.COM Apr 13 2018 05:13:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
14311371       +EDI: BANKAMER.COM Apr 13 2018 05:13:00      Bank of America,    PO Box 31785,
                 Tampa, FL 33631-3785
14311373       +EDI: CCS.COM Apr 13 2018 05:13:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
14311374       +EDI: RCSFNBMARIN.COM Apr 13 2018 05:13:00      Credit One Bank,    Po Box 98873,
                 Las Vegas, NV 89193-8873
14327387        EDI: FORD.COM Apr 13 2018 05:13:00      Ford Motor Credit Corporation,    Ford Motor Credit,
                 Po Box 6275,    Dearborn, MI 48121
14311381        EDI: RESURGENT.COM Apr 13 2018 05:13:00      LVNV Funding,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14356608        EDI: RESURGENT.COM Apr 13 2018 05:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14325387       +EDI: PRA.COM Apr 13 2018 05:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14321984       +EDI: WFFC.COM Apr 13 2018 05:13:00      Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,
                 Irvine, CA 92623-9657
14311387       +EDI: WFFC.COM Apr 13 2018 05:13:00      Wells Fargo Financial / Wachovia Dealer,    P.O. Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 13
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO

```
District/off: 0315-7           User: lfin                  Page 2 of 2                  Date Rcvd: Apr 12, 2018
                               Form ID: 309B               Total Noticed: 35

cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14327380*      +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14327382*      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
14327381*      +Bank of America,    PO Box 660933,    Dallas, TX 75266-0933
14327383*      +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
14327384*      +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
14327385*      +Credit One Bank,    Po Box 98873,    Las Vegas, NV 89193-8873
14327386*      +Deutsche Bank National Trust Company,    Trustee For Bank Of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
14327388*      +HSBC Consumer Lending  (USA) Inc.,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roawell, GA 30076-2102
14327389*      +I C Federal Credit Union,    31 South 10th Street,    Indiana, PA 15701-2658
14327390*      +John Palmer,    141 Palmer Road,    Blairsville, PA 15717-6631
14327391*      +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14327392*       LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14327393*      +Matthew K. Fissel, Esquire,    KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence Cen,
                 701 Market Street,    Philadelphia, PA 19106-1538
14327396*      +Peoples TWP,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14327398*       S. James Wallace,    Griffith McCague & Fernsler PC,    Suite 3626 Gulf Tower, 707 Grant Street,
                 Pittsburgh, PA 15219
14327399*      +Wells Fargo Financial / Wachovia Dealer,    P.O. Box 3569,    Rancho Cucamonga, CA 91729-3569
14327395*      +penelec,    2800 Pottsville Pike,    Reading, PA 19605-2459
                                                                                              TOTALS: 1, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR
               THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH
               CERTIFICATES bkgroup@kmllawgroup.com
              Lisa M. Swope    lms@nsslawfirm.com, mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Robin L. Livingston ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Stacy A. Livingston ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas I. Puleo    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE
               HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH
               CERTIFICATES tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com
                                                                                             TOTAL: 7