## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Case No. 16-70736-JAD |
| | : | |
| **Stacy A. Livingston and** | : | |
| **Robin L. Livingston,** | : | Chapter 13 |
| Debtors | : | |
| | : | |
| | : | Related to Doc. No. 49 |
| **Stacy A. Livingston and** | : | |
| **Robin L. Livingston,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| **Andrew F. Gornall, Esquire, et al** | : | |
| **Lisa W. Swope, Esquire,** | : | |
| **Chapter 7 Trustee,** | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE UNDER CHAPTER 13, TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE AND TERMINATING WAGE ATTACHMENT

    I, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that on April 16, 2018, I served a true copy the Order Converting Case Under Chapter 13, to Case Under Chapter 7, Setting Deadlines, Scheduling Status Conference and Terminating Wage Attachment, on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated.

Executed on: April 16, 2018

                                                  By:    /s/ Sharla Munroe
                                                          Sharla Munroe, Paralegal
                                                          McElrath Legal Holdings, LLC
                                                          1641 Saw Mill Run Blvd.
                                                          Pittsburgh, PA 15210
                                                          Tel: 412.765.3606
                                                          Fax: 412.765.1917

**MATRIX**
**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

**Service by First-Class Mail**

Stacy and Robin Livingston
1344 Hill Drive
Blairsville, PA 15717

Lisa M. Swope, Esquire
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931


Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Bank of America
PO Box 660933
Dallas, TX 75266

Bank of America
PO Box 31785
Tampa, FL 33631

Credit Acceptance
Attn: Bankruptcy Dept
25505 West 12 Mile Rd Ste 3000
Southfield, MI 48034

Credit Collections Svc
Po Box 773
Needham, MA 02494

Credit One Bank
Po Box 98873

Las Vegas, NV 89193

Deutsche Bank National Trust Company
Trustee For Bank Of America
P.O. Box 31785
Tampa, FL 33631

Ford Motor Credit Corporation
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121

HSBC Consumer Lending (USA) Inc.
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roawell, GA 30076

I C Federal Credit Union
31 South 10th Street
Indiana, PA 15701

John Palmer
141 Palmer Road
Blairsville, PA 15717

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Matthew K. Fissel, Esquire
KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Cen
701 Market Street
Philadelphia, PA 19106

NCB Managemetn Services, Inc.
P.O. Box 1099
Langhorne, PA 19047

penelec
2800 Pottsville Pike

Reading, PA 19605

Peoples TWP
225 North Shore Drive
Pittsburgh, PA 15212

Progressive Insurance
6300 Wilson Mills Rd
Mayfield Village, OH 44143

S. James Wallace
Griffith McCague & Fernsler PC
Suite 3626 Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219

Wells Fargo Financial / Wachovia Dealer
P.O. Box 3569
Rancho Cucamonga, CA 91729