**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    STACY A. LIVINGSTON
    ROBIN L. LIVINGSTON
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-70736 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/26/2016  and confirmed on 01/31/2017 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,388.24 |
| Less Refunds to Debtor | 2,178.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,209.84 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,094.01 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,594.01 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DEUTSCHE BANK NTC - TRUSTEE | 0.00 | 33,828.01 | 0.00 | 33,828.01 |
|   Acct: 1935 | | | | |
| DEUTSCHE BANK NTC - TRUSTEE | 58,129.89 | 2,010.47 | 0.00 | 2,010.47 |
|   Acct: 1935 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 18,642.90 | 4,755.52 | 1,021.83 | 5,777.35 |
|   Acct: 8403 | | | | |
| | | | | 41,615.83 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STACY A. LIVINGSTON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STACY A. LIVINGSTON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STACY A. LIVINGSTON | 2,178.40 | 2,178.40 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 16-70736 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEUTSCHE BANK NTC - TRUSTEE | 1,150.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1935 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| CREDIT ACCEPTANCE CORP* | 5,312.27 | 0.00 | 0.00 | 0.00 |
| Acct: 1632 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3966 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 492.96 | 0.00 | 0.00 | 0.00 |
| Acct: 0831 | | | | |
| DEUTSCHE BANK NTC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2015 | | | | |
| FORD MOTOR CREDIT CO LLC** | 4,682.83 | 0.00 | 0.00 | 0.00 |
| Acct: 1424 | | | | |
| IC FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7001 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NCB MANAGEMENT SERVICES INC* | 8,700.77 | 0.00 | 0.00 | 0.00 |
| Acct: 9306 | | | | |
| PENELEC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES GAS LLC F/K/A PEOPLES TWP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 389.37 | 0.00 | 0.00 | 0.00 |
| Acct: 4425 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| THOMAS I PULEO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN PALMER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER PADRICK ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                                        41,615.83

```
TOTAL CLAIMED
  PRIORITY              1,150.00
  SECURED              76,772.79
  UNSECURED            19,578.20
```

Date: 05/31/2018                                /s/ Ronda J. Winnecour
                                                RONDA J WINNECOUR PA ID #30399
                                                CHAPTER 13 TRUSTEE WD PA
                                                600 GRANT STREET
                                                SUITE 3250 US STEEL TWR
                                                PITTSBURGH, PA  15219
                                                (412) 471-5566
                                                cmecf@chapter13trusteewdpa.com