# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-70736-JAD |
| | : | |
| **Stacy A. Livingston and** | : | CHAPTER 7 |
| **Robin L. Livingston,** | : | |
| Debtors | : | |
| | : | RELATED TO DOC. NO. 79, 80 |
| _____ | : | |
| **Robin L. Livingston,** | : | |
| Movant | : | HEARING DATE & TIME: |
| | : | July 27, 2018 at 11:00 AM |
| v. | : | |
| | : | |
| **Lisa M. Swope, Esquire,** | : | |
| **CHAPTER 7 TRUSTEE.** | : | |
| Respondents | : | |

## CERTIFICATION OF NO OBJECTION MOTION TO WAIVE APPEARANCE OF DEBTOR-HUSBAND AT 341 MEETING OF CREDITORS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the excuse the Debtor-husband, Stacy A. Livingston's appearance at the §341(a) Meeting of Creditors, filed on June 7, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 25, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 28, 2018         By:   /s/ Paul W. McElrath
                                   Paul W. McElrath, Esquire
                                   Attorney for Debtor/Movant
                                   PA I.D. #86220
                                   McElrath Legal Holdings, LLC
                                   1641 Saw Mill Run Blvd.
                                   Pittsburgh, PA 15210
                                   (412) 765-3606