# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-70736-JAD |
| | : | |
| **Stacy A. Livingston and** | : | CHAPTER 7 |
| **Robin L. Livingston,** | : | |
| Debtors | : | |
| | : | RELATED TO DOC. NO. 81, 82 |
| _____ | : | |
| **Robin L. Livingston,** | : | |
| Movant | : | HEARING DATE & TIME: |
| | : | July 27, 2018 at 11:00 AM |
| VS. | : | |
| | : | |
| **Lisa M. Swope, Esquire,** | : | |
| **CHAPTER 7 TRUSTEE.** | : | |
| Respondents | : | |

## CERTIFICATION OF NO OBJECTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE FOR DEBTOR-HUSBAND

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the excuse the Debtor-husband, Stacy A. from the requirement of participation in a financial management course, filed on June 7, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 25, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>June 28, 2018</u>        By:    <u>/s/ Paul W. McElrath</u>
                                                Paul W. McElrath, Esquire
                                                Attorney for Debtor/Movant
                                                PA I.D. #86220
                                                McElrath Legal Holdings, LLC
                                                1641 Saw Mill Run Blvd.
                                                Pittsburgh, PA 15210
                                                (412) 765-3606