**DEFAULT O/E JAD**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 16-70736-JAD** |
| | : | |
| **Stacy A. Livingston and** | : | **CHAPTER 7** |
| **Robin L. Livingston,** | : | |
| **Debtors** | : | |
| | : | |
| | : | **RELATED TO DOCKET NO. 79** |
| _____ | : | |
| **Robin L. Livingston,** | : | |
| **Movant** | : | **HEARING DATE & TIME:** |
| | : | **July 27, 2018 at 11:00 AM** |
| **VS.** | : | |
| | : | |
| **Lisa M. Swope, Esquire,** | : | |
| **CHAPTER 7 TRUSTEE.** | : | |
| **Respondents** | : | |

## ORDER

**AND NOW,** on this ___2nd___ day of ___July_____, 2018, upon

consideration of the within MOTION, it is hereby ordered and directed that the requirement of a

personal appearance at a meeting of creditors be waived for Debtor-Husband, Stacy A. Livingston,

and that in lieu thereof the Debtor-Wife, Robin L. Livingston be allowed to testify on her husbands

behalf at the § 341 Meeting of Creditors.

FILED
7/2/18 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
Jeffery A. Deller,
Chief Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-70736-JAD
Stacy A. Livingston                                             Chapter 7
Robin L. Livingston
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin              Page 1 of 1              Date Rcvd: Jul 02, 2018
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db/jdb         +Stacy A. Livingston,   Robin L. Livingston,   1344 Hill Drive,   Blairsville, PA 15717-6627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
        James  Warmbrodt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR
         THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH
         CERTIFICATES bkgroup@kmllawgroup.com
        Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
         mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com
        Lisa M. Swope    lms@nsslawfirm.com,   mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Joint Debtor Robin L. Livingston ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Paul W. McElrath, Jr.    on behalf of Debtor Stacy A. Livingston ecf@mcelrathlaw.com,
         donotemail.ecfbackuponly@gmail.com
        Thomas I. Puleo    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE
         HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH
         CERTIFICATES tpuleo@goldbecklaw.com,   BKGroup@goldbecklaw.com
                                                                           TOTAL: 7