IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-70736-JAD |
| | : | |
| **Stacy A. Livingston and** | : | CHAPTER 7 |
| **Robin L. Livingston,** | : | |
| Debtors | : | |
| | : | RELATED TO DOCKET NO. 81 |
| _____ | : | |
| **Robin L. Livingston,** | : | |
| Movant | : | HEARING DATE & TIME: |
| | : | July 27, 2018 at 11:00 AM |
| VS. | : | |
| | : | |
| **Lisa M. Swope, Esquire,** | : | |
| **CHAPTER 7 TRUSTEE.** | : | |
| Respondents | : | |

## ORDER

**AND NOW** on this   2nd   day of   July   , 2018, upon consideration of the within Motion, it is hereby ordered and directed that the requirement of participation in a financial management course and the filing of a financial management certificate for the Debtor-Husband, Stacy A. Livingston, is excused.

BY THE COURT:

_[signature]_  **jsf**

Jeffery A. Deller,
Chief Bankruptcy Judge

FILED
7/2/18 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stacy A. Livingston  
Robin L. Livingston  
      Debtors

Case No. 16-70736-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 1     Date Rcvd: Jul 02, 2018  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.  
db/jdb       +Stacy A. Livingston,    Robin L. Livingston,    1344 Hill Drive,    Blairsville, PA 15717-6627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH CERTIFICATES bkgroup@kmllawgroup.com  
         Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com, mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com  
         Lisa M. Swope    lms@nsslawfirm.com,    mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.    on behalf of Joint Debtor Robin L. Livingston ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Paul W. McElrath, Jr.    on behalf of Debtor Stacy A. Livingston ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Thomas I. Puleo    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH CERTIFICATES tpuleo@goldbecklaw.com,    BKGroup@goldbecklaw.com  
                                                                                                                                  TOTAL: 7