**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Stacy A. Livingston** | Social Security number or ITIN  **xxx–xx–6511** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Robin L. Livingston** | Social Security number or ITIN  **xxx–xx–5180** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **16–70736–JAD** | | |

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stacy A. Livingston                                            Robin L. Livingston

7/18/18                                                              **By the court:**  Jeffery A. Deller
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                        **Order of Discharge**                                        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-70736-JAD
Stacy A. Livingston                                                 Chapter 7
Robin L. Livingston
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: admin              Page 1 of 2              Date Rcvd: Jul 18, 2018
                              Form ID: 318             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db/jdb         +Stacy A. Livingston,   Robin L. Livingston,   1344 Hill Drive,   Blairsville, PA 15717-6627
tr             +Lisa M. Swope,   Neugebauer & Swope, P.C.,   219 South Center Street,   P. O. Box 270,
                 Ebensburg, PA 15931-0270
cr             +BANK OF AMERICA, N.A.,   4200 AMON CARTER BLVD,   FORT WORTH, TX 76155-2604
14311369       +Andrew F. Gornall, Esquire,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
14311370       +Bank of America,   PO Box 660933,   Dallas, TX 75266-0933
14824267       +Conemaugh Memorial Medical Center,   1086 Franklin Street,   Johnstown PA 15905-4305
14311372       +Credit Acceptance,   Attn: Bankruptcy Dept,   25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
14357605        DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,   Bank of America,   PO Box 31785,
                 Tampa, FL 33631-3785
14311375       +Deutsche Bank National Trust Company,   Trustee For Bank Of America,   P.O. Box 31785,
                 Tampa, FL 33631-3785
14311376       +Ford Motor Credit Company, LLC,   1060 Andrew Drive, Suite 170,   West Chester, PA 19380-5601
14311377       +HSBC Consumer Lending (USA) Inc.,   c/o McCalla Raymer, LLC,   Bankruptcy Department,
                 1544 Old Alabama Road,   Roawell, GA 30076-2102
14311378       +I C Federal Credit Union,   31 South 10th Street,   Indiana, PA 15701-2658
14311379       +John Palmer,   141 Palmer Road,   Blairsville, PA 15717-6631
14311380       +KML Law Group, P.C.,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14824268       +Law Office of Brett M Borland, PC,   PO Box 312057,   Atlanta GA 31131-2057
14311382       +Matthew K. Fissel, Esquire,   KML Law Group, P.C.,   Suite 5000 - BNY Mellon Independence Cen,
                 701 Market Street,   Philadelphia, PA 19106-1538
14327394       +NCB Management Services, Inc.,   One Allied Drive,   Trevose, PA 19053-6945
14311383       +NCB Managemetn Services, Inc.,   P.O. Box 1099,   Langhorne, PA 19047-6099
14824269        Penelec,   76 South Main Street,   A-RPC,   Akron OH 44308-1890
14824270       +Peoples Natural Gas Company, LLC,   c/o S. James Wallace,   845 North Lincoln Ave.,
                 Pittsburgh PA 15233-1828
14311385       +Peoples TWP,   225 North Shore Drive,   Pittsburgh, PA 15212-5860
14824271       +Phoenix Financial Services,   3954 Industrial Pkwy,   Shelby OH 44875-9259
14327397       +Progressive Insurance,   6300 Wilson Mills Rd,   Mayfield Village, OH 44143-2182
14311386        S. James Wallace,   Griffith McCague & Fernsler PC,   Suite 3626 Gulf Tower, 707 Grant Street,
                 Pittsburgh, PA 15219
14311384       +penelec,   2800 Pottsville Pike,   Reading, PA 19605-2459

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:22:59     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14401655        EDI: AIS.COM Jul 19 2018 05:58:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
14311371       +EDI: BANKAMER.COM Jul 19 2018 05:58:00     Bank of America,   PO Box 31785,
                 Tampa, FL 33631-3785
14311373       +EDI: CCS.COM Jul 19 2018 05:58:00     Credit Collections Svc,   Po Box 773,
                 Needham, MA 02494-0918
14311374       +EDI: RCSFNBMARIN.COM Jul 19 2018 05:58:00     Credit One Bank,   Po Box 98873,
                 Las Vegas, NV 89193-8873
14327387        EDI: FORD.COM Jul 19 2018 05:58:00     Ford Motor Credit Corporation,   Ford Motor Credit,
                 Po Box 6275,   Dearborn, MI 48121
14311381       +EDI: RESURGENT.COM Jul 19 2018 05:58:00     LVNV Funding,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
14356608        EDI: RESURGENT.COM Jul 19 2018 05:58:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14325387       +EDI: PRA.COM Jul 19 2018 05:58:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14321984       +EDI: WFFC.COM Jul 19 2018 05:58:00     Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,
                 Irvine, CA 92623-9657
14311387       +EDI: WFFC.COM Jul 19 2018 05:58:00     Wells Fargo Financial / Wachovia Dealer,   P.O. Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO
aty*           +Lisa M. Swope,   Neugebauer & Swope, P.C.,   219 South Center Street,   P. O. Box 270,
                 Ebensburg, PA 15931-0270
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14327380*      +Andrew F. Gornall, Esquire,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
14327382*      +Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
14327381*      +Bank of America,   PO Box 660933,   Dallas, TX 75266-0933
14327383*      +Credit Acceptance,   Attn: Bankruptcy Dept,   25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331

```
District/off: 0315-7              User: admin              Page 2 of 2              Date Rcvd: Jul 18, 2018
                                  Form ID: 318             Total Noticed: 36


             ***** BYPASSED RECIPIENTS (continued) *****
14327384*       +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
14327385*       +Credit One Bank,    Po Box 98873,    Las Vegas, NV 89193-8873
14327386*       +Deutsche Bank National Trust Company,     Trustee For Bank Of America,    P.O. Box 31785,
                  Tampa, FL 33631-3785
14327388*       +HSBC Consumer Lending (USA) Inc.,     c/o McCalla Raymer, LLC,    Bankruptcy Department,
                  1544 Old Alabama Road,    Roawell, GA 30076-2102
14327389*       +I C Federal Credit Union,    31 South 10th Street,     Indiana, PA 15701-2658
14327390*       +John Palmer,    141 Palmer Road,    Blairsville, PA 15717-6631
14327391*       +KML Law Group, P.C.,    701 Market Street,     Suite 5000,    Philadelphia, PA 19106-1541
14327392*        LVNV Funding,    Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
14327393*       +Matthew K. Fissel, Esquire,     KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence Cen,
                  701 Market Street,    Philadelphia, PA 19106-1538
14327396*       +Peoples TWP,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14327398*        S. James Wallace,    Griffith McCague & Fernsler PC,    Suite 3626 Gulf Tower, 707 Grant Street,
                  Pittsburgh, PA 15219
14327399*       +Wells Fargo Financial / Wachovia Dealer,     P.O. Box 3569,    Rancho Cucamonga, CA 91729-3569
14327395*       +penelec,    2800 Pottsville Pike,    Reading, PA 19605-2459
                                                                                              TOTALS: 1, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR
           THE HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH
           CERTIFICATES bkgroup@kmllawgroup.com
          Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
           mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com
          Lisa M. Swope    lms@nsslawfirm.com,    mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Robin L. Livingston ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Stacy A. Livingston ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Thomas I. Puleo    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE
           HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-A, ASSET BACKED PASS-THROUGH
           CERTIFICATES tpuleo@goldbecklaw.com,    BKGroup@goldbecklaw.com
                                                                                              TOTAL: 7
```